**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-6564**

JAMIE GOSS,

Plaintiff - Appellant,

v.

SOUTH CAROLINA DEPARTMENT OF CORRECTIONS; LAVERN COHEN; UNITED STATES; SOUTH CAROLINA DEPARTMENT OF PROBATION, PAROLE, AND PARDON SERVICES; STATE OF SOUTH CAROLINA; CHINA,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Florence. Mary G. Lewis, District Judge.  (4:24-cv-00791-MGL)

Submitted:  October 31, 2024                                    Decided:  November 8, 2024

Before AGEE and RICHARDSON, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Jamie Goss, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jamie Goss appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint for failure to prosecute. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Goss v. S.C. Dep't of Corr.,* No. 4:24-cv-00791-MGL (D.S.C. May 21, 2024). We also deny Goss's motion objecting to this court's order granting him leave to appeal in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*